1  Stuart M. Price (SBN 150439)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
3  Encino, CA 91436
   T: 818- 205-2411
4  F: 818 205-2412
5  E: stuart@pricelawgroup.com

6  Attorneys for Plaintiff,
7  RUTH ROSA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RUTH ROSA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GC SERVICES, LIMITED PARTNERSHIP; and DOES 1 to 10, inclusive,<br><br>        Defendants. | **Case No.:** 2:14-CV-01551-KJM-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, RUTH ROSA, by counsel, and Defendant, GC SERVICES, LIMITED PARTNERSHIP, by counsel, hereby stipulate and agree that Plaintiff's action against GC SERVICES, LIMITED PARTNERSHIP; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

///

STIPULATION OF DISMISSAL WITH PREJUDICE
2:14-cv-01551-KJM-DAD

1  Respectfully submitted,

2

3  Date: November 4, 2014				By: */s/ Stuart M. Price*
4						Stuart M. Price, Esq.
						PRICE LAW GROUP, APC
5						15760 Ventura Blvd., Suite 1100
						Encino, CA 91436
6						T: 818-907-2030
7						F: 818-205-2730
						E: stuart@pricelawgroup.com
8						*Counsel for Plaintiff,*
						RUTH ROSA
9

10

11  Date: November 4, 2014				By: */s/ David I. Dalby*
12						David I. Dalby (114750)
						HINSHAW & CULBERTSON LLP
13						One California Street, 18th floor
						San Francisco, Ca 94111
14						T: 415-362-6000
15						F: 415-834-9070
						E: ddalby@hinshawlaw.com
16						*Counsel for Defendant,*
						*GC SERVICES, LIMITED PARTNERSHIP*
17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL WITH PREJUDICE
2:14-cv-01551-KJM-DAD

- 2 -